# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN WAYNE MUNDO, | Case No. 3:17-cv-00322-HDM-CBC |
| Petitioner, | **ORDER** |
| v. | |
| DIRECTOR OF N.D.O.C., et al., | |
| Respondents. | |

Petitioner has filed a motion to voluntarily dismiss ground 1 (ECF No. 40) and a request (ECF No. 41). These motions are moot because the court has dismissed the action.

IT THEREFORE IS ORDERED that petitioner's motion to voluntarily dismiss ground 1 (ECF No. 40) is **DENIED** as moot.

IT FURTHER IS ORDERED that petitioner's request (ECF No. 41) is **DENIED** as moot.

DATED: October 2, 2018.

_____
HOWARD D. MCKIBBEN
United States District Judge