# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN WAYNE MUNDO, | Case No. 3:17-cv-00322-HDM-CBC |
| Petitioner, | **ORDER** |
| v. | |
| DIRECTOR OF N.D.O.C., et al., | |
| Respondents. | |

Petitioner has filed a request (ECF No. 48) for a copy of his motion for enlargement of time (ECF No. 44).[1] Good cause appearing;

IT THEREFORE IS ORDERED that petitioner's request (ECF No. 48) is **GRANTED**. The clerk of the court shall send petitioner a copy of his motion for enlargement of time (ECF No. 44).

DATED: December 10, 2018.

_____
HOWARD D. MCKIBBEN
United States District Judge

---

[1] Petitioner now calls this document an application for certificate of appealability, but he actually titled it as a motion for enlargement of time to file a notice of appeal and an application for certificate of appealability.

1